**J. B. KING, Appellant, v. STATE OF SOUTH DAKOTA et al.**

No. 12669.

Circuit Court of Appeals, Eighth Circuit.
July 26, 1943.

J. B. King, pro se.

PER CURIAM.

Appeal from District Court dismissed.

**Walter E. MEYER, Appellant, v. Berryman HENWOOD, Trustee of St. Louis Southwestern Railway Company, et al.**

No. 12668.

Circuit Court of Appeals, Eighth Circuit.
July 26, 1943.

R. Walston Chubb, of St. Louis, Mo., for appellant.

PER CURIAM.

Appeal from District Court docketed and dismissed without taxation of costs in favor of either of the parties in this Court, on motion of appellant.

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. Samuel COHEN, d/b/a Carefree Wear Company.**

No. 12652.

Circuit Court of Appeals, Eighth Circuit.
July 26, 1943.

Robert B. Watts, Gen. Counsel, National Labor Relations Board, and Ernest A. Gross, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

PER CURIAM.

Respondent ordered to cease and desist from doing certain things and to take certain affirmative action, on petition for enforcement and stipulation filed with Board.

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. WRIGHT PRODUCTS, Incorporated, et al.**

No. 12564.

Circuit Court of Appeals, Eighth Circuit.
July 5, 1943.

Robert B. Watts, Gen. Counsel, National Labor Relations Board, and Ernest A. Gross, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

Elmquist, Felhaber & Elmquist, of St. Paul, Minn., for respondents.

PER CURIAM.

Order of National Labor Relations Board enforced on motion of Board to enter decree.

**W. B. SKIRVIN v. Honorable Edgar S. VAUGHT, Judge of the United States District Court for the Western District of Oklahoma.**

No. 2786.

Circuit Court of Appeals, Tenth Circuit.
Aug. 4, 1943.

Fred P. Branson, of Muskogee, Okl., and Harry O. Glasser, of Enid, Okl., for petitioner.

Roy C. Lytle and Coleman Hayes, both of Oklahoma City, Okl., for respondent.

Before BRATTON and HUXMAN, Circuit Judges, and SAVAGE, District Judge.

PER CURIAM.

Petition for a writ of mandamus or in the alternative for a writ of prohibition denied.